No. 91–1195. CHINA EVERBRIGHT TRADING CO. v. TIMBER FALLING CONSULTANTS, INC. C. A. 9th Cir. Motion of petitioner to consider this case with No. 92–31, China Everbright Trading Co. v. Timber Falling Consultants, Inc., denied. Motion

of petitioner to defer consideration of petition for writ of certiorari denied.   Certiorari denied.